## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN LEE STUCKEY,** | : | |
| **Plaintiff** | : | **1:11-cv-436** |
| | : | |
| **v.** | : | **(Chief Judge Kane)** |
| | : | |
| **D. BLESSING, et al.,** | : | **(Magistrate Judge Carlson)** |
| **Defendants** | : | |

## ORDER

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

On January 4, 2012, Magistrate Judge Martin C. Carlson issued a Report and Recommendation in which he recommends that the Court grant the motion to dismiss Defendant Jane Doe #1 from this action.  (Doc. No. 63.)  In the Report and Recommendation, Judge Carlson notes that Plaintiff has informed the Court that "he does not object to the Court granting the Motion to Dismiss as [it] relates to Defendant Jane Doe #1."  (Doc. No. 62.)  Defendant has not filed any objections to the Report and Recommendation.

**ACCORDINGLY**, on this 24th day of January 2012, **IT IS HEREBY ORDERED THAT** the Report and Recommendation (Doc. No. 63) is **ADOPTED**, the motion to dismiss (Doc. No. 58) is **GRANTED**, all claims against Defendant Jane Doe #1 are **DISMISSED WITH PREJUDICE**, and the clerk is directed to terminate Defendant Jane Doe #1 from this action.  This matter shall be referred back to Judge Carlson for the resolution of the pending motion for summary judgment (Doc. No. 64).

  S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania