IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN LEE STUCKEY** | : | CIVIL ACTION NO. 1:11-CV-436 |
| Plaintiff | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| **D. BLESSING, et al.** | : | |
| Defendants | : | |

## O R D E R

Before the Court in the above-captioned action is an April 26, 2012 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, this 15th day of May, 2012, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The Defendants' Motion for Summary Judgment (Doc. No. 64) is GRANTED in part and DENIED in part. Summary Judgment in GRANTED in favor of Defendants Rush and Bennett. Summary Judgment is DENIED in favor of Defendants Blessing, Kline, Royer, Griffith and Herr.

3) All pretrial motions having been resolved. Plaintiff shall have thirty (30) days from the date of this order to file a motion for the appointment of counsel to represent him in this matter.

*S/ Yvette Kane*
YVETTE KANE, Chief Judge
United States District Court
Middle District of Pennsylvania